Martin NITSCHKE, Petitioner—
Appellant,

v.

**COMMISSIONER OF INTERNAL
REVENUE, Respondent—
Appellee.**

No. 03–71412.
IRS No. 02–00685.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

Martin Nitschke, North Las Vegas, NV, pro se.

Gary R. Allen, Charles S. Casazza, B. John Williams, Jr., Bruce Ellisen, Annette M. Wietecha, Washington, DC, for Respondent–Appellee.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

## MEMORANDUM**

Martin Nitschke appeals pro se the decision of the Tax Court denying Nitschke's petition for redetermination of federal income tax deficiencies for the tax year 1999. We affirm for the reasons stated in the Tax Court's oral decision rendered on October 29, 2002.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

